1 | Joseph H. Harrington
2 | Acting United States Attorney
3 | Eastern District of Washington
4 | Stephanie Van Marter
5 | Assistant United States Attorney
6 | Post Office Box 1494
7 | Spokane, WA 99210-1494
8 | Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4/14/21

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[REDACTED]<br><br>JASMINE MARIE CAMPBELL (a/k/a "Lucas")<br><br>Defendants. | No. 4:21-CR-6008-SMJ<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (viii), 846<br>Conspiracy to Distribute 400 grams or more of Fentanyl and 50 Grams or more of Actual (Pure) Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2<br>Possession with the Intent to Distribute 40 Grams or more of Fentanyl<br>(Counts 2, 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C), 18 U.S.C. § 2<br>Possession with the Intent to Distribute Heroin<br>(Count 4)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), 18 U.S.C. § 2<br>Possession with the Intent to |

SUPERSEDING INDICTMENT – 1

|   |   |
|---|---|
|   | Distribute 400 Grams or more of Fentanyl<br>(Count 5)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2<br>Possession with the Intent to Distribute 50 Grams or more of Actual (Pure) Methamphetamine<br>(Count 6)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm<br>(Counts 7, 8)<br><br>18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461<br>Forfeiture Allegations |

## COUNT 1

Beginning on a date unknown, but by December 2020, and continuing until on or about April 13, 2021, in the Eastern District of Washington and elsewhere, the Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ JASMINE MARIE CAMPBELL (a/k/a "Lucas"), and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (vi), 846.

SUPERSEDING INDICTMENT – 2

## COUNT 2

On or about December 13, 2020, in the Eastern District of Washington, the Defendant, ███████████████, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

## COUNT 3

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

## COUNT 4

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

## COUNT 5

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), and 18 U.S.C. § 2.

## COUNT 6

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 7

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit: a Springfield XDM .40 caliber pistol, bearing serial number MG141882, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 8

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, ███████████████, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit: a Ruger LCP .380 caliber pistol, bearing serial number 371903965, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as charged in Counts 1 – 6 of this Superseding Indictment, the Defendants, ███████████████ (Counts 1 – 4); ███████████ (Count 1);

SUPERSEDING INDICTMENT – 4

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (Counts 1, 5, and 6); and, JASMINE CAMPBELL. (a/k/a "Lucas") (Count 1), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following listed assets:

Defendant ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:
- a Springfield XDM .40 caliber pistol, bearing serial number MG141882 loaded with one round of .40 caliber ammunition; and,
- Any and all seized ammunition and accessories, including:
  three (3) .40 caliber rounds of ammunition and a loaded magazine.

Defendant ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:
- $8,942.00 U.S. currency; and,
- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- any and all seized ammunition and accessories, including:
  Forty-nine (49) .380 rounds with a stamp of *I*;
  Forty (40) .380 rounds with a stamp of "Federal Auto";
  Thirty-five (35) .380 rounds with a stamp of "Win Auto"; and,
  Twenty-six (26) .380 rounds with a stamp of "ACP Tulammo.
  all contained in a black case; and,
  Fifteen (15) loose rounds of .380 ammo stamped "Win Auto"; and,
  a loaded magazine.

If any forfeitable property, as a result of any act or omission of the Defendants:
  a.   cannot be located upon the exercise of due diligence;
  b.   has been transferred or sold to, or deposited with, a third party;
  c.   has been placed beyond the jurisdiction of the court;
  d.   has been substantially diminished in value; or

SUPERSEDING INDICTMENT – 5

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Counts 7 and 8 of this Superseding Indictment, Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

▮▮▮▮▮-▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

- a Springfield XDM .40 caliber pistol, bearing serial number MG141882 loaded with one round of .40 caliber ammunition; and,
- any and all seized ammunition and accessories, including: three (3) .40 caliber rounds of ammunition and a loaded magazine.

▮▮▮▮▮-▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- any and all seized ammunition and accessories, including:
  Forty-nine (49) .380 rounds with a stamp of *I*;
  Forty (40) .380 rounds with a stamp of "Federal Auto";
  Thirty-five (35) .380 rounds with a stamp of "Win Auto"; and,
  Twenty-six (26) .380 rounds with a stamp of "ACP Tulammo.
  all contained in a black case; and,

//
//
//
//

SUPERSEDING INDICTMENT – 6

Fifteen (15) loose rounds of .380 ammo stamped "Win Auto"; and,

a loaded magazine.

DATED this ___day of April 2021.

A TRUE BILL

_____

Joseph H. Harrington
Acting United States Attorney

_____

Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 7