UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Campbell, Jasmine Marie | Docket No. | 0980 4:21CR06008-004 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jasmine Marie Campbell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 26th day of April 2021, under the following conditions:

**Special Condition #6:** Defendant shall submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of release for failing to attend a random drug test at Merit Resource Services (Merit) on July 19, 2021.

The defendant commenced pretrial supervision on April 29, 2021. On the same date, she reported to the Richland Pretrial Services Office and her conditions of supervision were reviewed with her. The defendant signed a copy of her conditions acknowledging an understanding of her conditions of release, specifically special condition number 6, as noted above. She was referred to Merit for drug testing and instructed to call their drug testing hotline Monday through Friday and report to their office when the color gold was called.

Merit reported to the undersigned that the color gold was called on July 19, 2021. The defendant did not report to Merit to provide a drug test as instructed.

**Violation #2**: The defendant is considered to be in violation of her conditions of release by failing to provide a urine sample for testing as directed on July 22, 2021.

The defendant commenced pretrial supervision on April 29, 2021. On the same date, she reported to the Richland Pretrial Services Office and her conditions of supervision were reviewed with her. The defendant signed a copy of her conditions acknowledging an understanding of her conditions of release, specifically special condition number 6, as noted above.

The defendant was directed to report to the Richland Pretrial Services Office on July 22, 2021, to provide a drug test. She reported as directed. An observed drug test was not submitted as the defendant reported she had a shy bladder and could not provide enough of a sample for testing. The defendant was directed to remain in the lobby area until she was able to provide enough urine for testing. After approximately 10 minutes of waiting, the defendant reported she had to get home as her babysitter had to leave. The defendant was told if she failed to provide a drug test it would be considered a failure to provide a urinalysis and would be considered a violation of her conditions of release. The defendant acknowledged this and then left the premises.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 22, 2021

by s/Daniel M. Manning

Daniel M. Manning
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/22/2021

Date