FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JASMINE MARIE CAMPBELL,<br><br>　　　　　Defendant. | No. 4:21-CR-06008-SMJ-4<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 191, 192** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 191). Defendant requests that the Court remove Special Condition No. 12, which imposes home confinement and replace it with a curfew from 11:00 p.m. to 7:30 a.m. unless otherwise approved by U.S. Probation/Pretrial Services. United States Probation recommends the modification. The United States does not oppose the motion.

Following Defendant's revocation of pretrial release on August 11, 2021, the Court released Defendant directly to inpatient treatment on August 24, 2021. *See* ECF No. 144. The Court noted Defendant has limited criminal history and had never previously attended inpatient treatment. *Id*. Upon Defendant's successful

ORDER - 1

completion of inpatient treatment on September 30, 2021, the Court ordered Defendant released on conditions, including GPS monitoring and home confinement. ECF No. 160. No violations of pretrial release have occurred since Defendant's completion of inpatient treatment.

Defendant now requests imposition of a curfew instead of home confinement, as it will allow her to travel outside her residence for daily activities and work without prior approval of Pretrial Services. In support of this modification, Defendant indicates she is employed as a restaurant server 25 to 30 hours a week and her schedule fluctuates depending on her shift. Defendant is making progress in treatment and participating in her clean and sober community. She graduated from intensive outpatient and is scheduled to graduate from the 12-step program with Merit Resources soon. Defendant is engaged in a 36-hour online course toward her Peer Counseling Certification and is part of the leadership team at the Oxford House. Defendant also has custody of her young children, whom she transports to school.

Given Defendant's compliant and positive steps while on release, the Court finds the requested modification is appropriate.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 191**) and Motion to Expedite (**ECF No. 192**) are **GRANTED**.

///

///

2.    Special Condition No. 12 (**ECF No. 160**) is **MODIFIED** in its entirety to read as follows:

> 12.    <u>Curfew</u>:  Defendant shall be restricted to Defendant's approved residence every day from 11:00 PM to 7:30 AM, unless otherwise approved by United States Probation/Pretrial Services.

3.    All other conditions of release shall remain in effect.

DATED May 19, 2022.

<u>*s/ Edward F. Shea*</u><br>
EDWARD F. SHEA<br>
Senior United States District Judge

ORDER - 3