UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JASMINE MARIE CAMPBELL,<br><br>                              Defendant. | CASE NO:  4:21-CR-6008-SMJ-4<br><br>ORDER GRANTING MOTION TO MODIFY |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release and Motion to Expedite.  ECF Nos. 226, 227.  The motion was noted for hearing without oral argument on an expedited basis.  Having reviewed the file and the records therein, the Court is fully informed.

Defendant requests that Paragraph 11 of the Court's Order Setting Conditions of Release (ECF No. 160) be modified to allow her to attend The Oxford House Leadership Conference in Seattle for the period September 22 through September 25, 2022.  ECF No. 226.  Neither the United States Attorney's Office nor the Probation Office objects to this modification.  *Id*.

ORDER GRANTING MOTION TO MODIFY ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  Defendant's Motion to Modify Conditions of Release and Motion to Expedite, ECF Nos. 226, 227, are **GRANTED**.

2.  Special Conditions of Release numbered 11 and 12 (ECF No. 160 at 6-7) are temporarily modified to allow Defendant to attend The Oxford House Leadership Conference in Seattle for the period September 22 through September 25, 2022.  The Supervising Probation Officer shall determine whether Defendant must continue to wear the GPS Location Monitoring device while she travels and attends the conference.  Defendant shall fully communicate her dates, times and mode of travel, **in advance**, to her Supervising Probation Officer and report to her Supervising Probation Officer upon her return to the District.

3.  All other conditions of release remain in effect.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshal.

DATED August 16, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO MODIFY ~ 2