FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASMINE MARIE CAMPBELL,<br><br>Defendant. | No. 4:21-CR-06008-MKD-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ORDER STRIKING MOTION HEARING<br><br>**ECF Nos. 235, 236** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 235) and related Motion to Expedite (ECF No. 236).

Defendant requests Special Condition No. 4 be modified to allow her to move back to her home in Richland, Washington, where her sister, Tabitha Stubblebine, currently resides.[1] ECF No. 235. The United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. ECF No. 244.

The Court, finding good cause, **HEREBY ORDERS:**

---

[1] Special Condition No. 4 prohibits Defendant from associating with convicted felons, known drug users, or known drug distributors. Ms. Stubblebine is currently under Washington State Department of Corrections supervision and has previously completed inpatient treatment for substance abuse.

ORDER - 1

1.    Defendant's Motion to Expedite, **ECF No. 236**, is **GRANTED**.

2.    Defendant's Motion to Modify Conditions of Release, **ECF No. 235**, is **GRANTED**.

3.    The Motion Hearing that was previously set before Judge Ekstrom on September 27, 2022, at 2:30 PM is **STRICKEN**.

4.    **Special Condition No. 4 (ECF No. 160) is MODIFIED** in its entirety to read **as follows:**

> 4.    Defendant shall not associate with convicted felons, known drug users, or known drug distributors unless in a treatment setting or clean and sober housing.  As an exception to this condition, Defendant shall be allowed to reside with her sister, Tabitha Stubblebine, at Defendant's home in Richland, Washington.

5.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 26, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2