FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 22, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASMINE MARIE CAMPBELL,<br><br>Defendant. | No. 4:21-CR-06008-MKD-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 266, 267** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 266) and related Motion to Expedite (ECF No. 267).

Defendant requests that Special Condition No. 11 requiring GPS monitoring be eliminated. ECF No. 266. Defense counsel indicates that the United States Attorney and the supervising United States Probation/Pretrial Services Officer have no objection to Defendant's request in this regard. *Id*.

The Court, finding good cause, **HEREBY ORDERS:**

1. Defendant's Motion to Expedite, **ECF No. 267**, is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release, **ECF No. 266**, is **GRANTED**.

2. Defendant's condition of release requiring GPS monitoring (ECF No. 160, Special Condition No. 11) is **STRICKEN**.

ORDER - 1

4. All other terms and conditions of pretrial release remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 22, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2