PROB 12C  
(6/16)

Report Date: August 9, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Jasmine Rae Campbell    Case Number: 0980 4:21CR06008-MKD-4

Address of Offender:                Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 23, 2023

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and 846 |
| Original Sentence: | Prison - 28 days; TSR - 60 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Richard A Smith |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 23, 2023

Date Supervision Expires: March 22, 2028

---

## PETITIONING THE COURT

To issue a summons.

On April 11, 2023, the conditions of supervised release were reviewed and signed with Ms. Campbell acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by using controlled substances, cocaine and methamphetamine, on or about June 15, 2024. |
| | On June 17, 2024, Ms. Campbell reported to the probation office. She advised the undersigned officer that she consumed cocaine on June 15, 2024. She noted she was not sure if the cocaine could be laced with anything else as the urine sample she submitted while at the office was also presumptive positive for methamphetamine. She signed a drug admission use form for the use of cocaine. |

Prob12C
Re: Campbell, Jasmine Rae
August 9, 2024
Page 2

The drug test was packaged and sent to the national laboratory. It was confirmed positive for methamphetamine and cocaine on June 20, 2024.

2 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by failing to report for drug testing on June 20, 2024, as required.

On June 17, 2024, Ms. Campbell was referred to Merit Resource Services (Merit) and placed on the random color line. She was to call the color line Monday through Friday, and report for drug testing when the color brown was called.

Merit notified the probation office that Ms. Campbell was a no show for drug testing on June 20, 2024.

3 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by using controlled substance, cocaine, on or about June 23, 2024.

Merit notified the probation office that Ms. Campbell was a no show for drug testing on June 23, 2024. She was contacted by her supervising probation officer and reported to the office on June 25, 2024. At that time, she admitted to consuming cocaine on June 23, 2024.

4 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by failing to report for drug testing on July 10, 2024, as required.

On June 17, 2024, Ms. Campbell was referred to Merit and placed on the random color line. She was to call the color line Monday through Friday, and report for drug testing when the color brown was called.

Merit notified the probation office that Ms. Campbell was a no show for drug testing on July 10, 2024.

5 **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
Re: Campbell, Jasmine Rae
August 9, 2024
Page 3

**Supporting Evidence**: Ms. Campbell is considered in violation of her term of supervised release by failing to report to the U.S. Probation office as instructed since on or about July 12, 2024.

On July 11, 2024, Merit notified the probation office that Ms. Campbell failed to report for a random color line drug test on July 10, 2024, when her color was called. Due to this issue, Supervisory U.S. Probation Supervisor Officer (SUSPO) Coronado attempted to contact Ms. Campbell on July 11, 2024, by cell phone. She did not answer and a voice mail was left instructing her to call the officer back on this same date.

Ms. Campbell did not contact SUSPO Coronado as instructed, and on July 12, 2024, SUSPO Coronado followed up by sending Ms. Campbell a text message instructing her to contact Officer Coronado regarding her treatment. She again failed to respond.

On July 18, 2024, a home visit was conducted to her last known residence. There was no answer at the door and a business card was left instructing Ms. Campbell to call SUSPO Coronado on this same date. She has failed to report as instructed; however, she did contact probation on July 19, 2024, and stated she got the business card, but had been sick.

6    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Ms. Jasmin Rae Campbell is considered to be in violation of her term of supervised release by failing to comply with the recommended treatment, on or about July 17, 2024.

On July 17, 2024, Ms. Campbell attended a results appointment with Merit. During this appointment, Merit staff informed Ms. Campbell she was recommended to enter intensive outpatient treatment.

To date, she has failed to report for her scheduled admission appointment to begin services.

7    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by failing to report for drug testing on July 29, 2024, as required.

On June 17, 2024, Ms. Campbell was referred to Merit placed on the random color line. She was to call the color line Monday through Friday, and report for drug testing when the color brown was called.

Merit notified the probation office that Ms. Campbell was a no show for drug testing on July 29, 2024.

Prob12C
**Re: Campbell, Jasmine Rae**
**August 9, 2024**
**Page 4**

    8    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by using controlled substances, cocaine, on or about August 4, 2024.

        On August 8, 2024, Ms. Campbell reported to the probation office. She advised the undersigned officer that she consumed cocaine on August 4, 2024. She signed a drug admission use form for the use of cocaine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 9, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

8/9/2024

Date