PROB 12C
(6/16)

Report Date: November 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jasmine Rae Campbell | Case Number: 0980 4:21CR06008-MKD-4 |
| Address of Offender: ▮▮▮▮▮ Richland, Washington 99352 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: March 23, 2023 | |
| Original Offense: Conspiracy to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and 846 | |
| Original Sentence: Prison - 28 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: March 23, 2023 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: March 22, 2028 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 9, 2024, and October 29, 2024..

On April 11, 2023, the conditions of supervised release were reviewed and signed by Ms. Campbell acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Campbell is considered to be in violation of her term of supervised release by using controlled substances, amphetamine, methamphetamine, and cocaine on or about November 14, 2024. |
| | On November 14, 2024, Ms. Campbell appeared before the Court for a supervised release revocation hearing. Ms. Campbell was ordered to be detained and it was ordered she provide a urinalysis for drug testing. After the revocation hearing, the undersigned met with Ms. Campbell who was in the custody of the U.S. Marshals Service. At that time she provided a urinalysis that tested presumptive positive for amphetamine, methamphetamine, cocaine, fentanyl, and tetrahydrocannabinol (THC). |

Prob12C
Re: Campbell, Jasmine Rae
November 27, 2024
Page 2

Therefore, this drug test was sent to Abbott Laboratory for confirmation. The probation officer later received the drug test report from the laboratory, and it was confirmed the specimen was in fact positive for amphetamine, methamphetamine, and cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 27, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant The Issuance of a
[ ]  Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

December 2, 2024

Date